UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER HEATON,

       Plaintiff,       ORDER

    v.            Case No. 14-cv-672-wmc

CIGNA HEALTH AND LIFE
INSURANCE COMPANY and
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

       Defendants.

---

  The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

  Entered this 15th day of September, 2015.

            /s/
            _____
            William M. Conley
            District Judge